## 7936.  PETERSON v. THE STATE.

WADE, C. J.  Not only was there proof of a plenary confession by the accused, apparently made without improper inducement, but the corpus delicti was shown by independent testimony, and there were circumstances in proof which definitely connected the accused with the perpetration of the crime.  Proof of the corpus delicti may itself be sufficient corroboration of a confession.  *Wimberly* v. *State*, 105 *Ga.* 188 (31 S. E. 162); *Westbrook* v. *State*, 91 *Ga.* 11 (16 S. E. 100); *Davis* v. *State*, 105 *Ga.* 808, 813 (32 S. E. 158); *Sutton* v. *State*, 17 *Ga. App.* 713, 714 (88 S. E. 122, 587), and cases there cited.  The amount of corroboration necessary is not fixed, but is for the jury. *Griner* v. *State*, 121 *Ga.* 614 (49 S. E. 700); *Holsenbake* v. *State*, 45 *Ga.* 43; *Cook* v. *State*, 9 *Ga. App.* 208 (70 S. E. 1019).

> *Judgment affirmed.  George and Luke, JJ., concur.*
> DECIDED JANUARY 23, 1917.

Indictment for burglary; from Fulton superior court—Judge B. H. Hill.  October 21, 1916.

*T. J. Ripley, W. M. Bailey,* for plaintiff in error.

*John A. Boykin, solicitor-general, Eb. T. Williams, E. A. Stephens, A. L. Ivey,* contra.

---

## 7962.  BRYANT v. THE STATE.

WADE, C. J.  1. The evidence made out a case of justifiable homicide or of murder, and the court therefore erred in instructing the jury as to the law of voluntary manslaughter.

2. The exception taken to certain remarks of counsel for the State need not be considered, since the case must be retried, and it is not reasonable to suppose that the remarks complained of, which were withdrawn by counsel, will be repeated.  The remaining exceptions are without merit.  *Judgment reversed.  George and Luke, JJ., concur.*

> DECIDED JANUARY 23, 1917.

Indictment for murder—conviction of voluntary manslaughter; from Hall superior court—Judge J. B. Jones.  October 9, 1916.

*W. B. Sloan, E. O. Dobbs, C. R. Faulkner,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.